**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chi Y Kim                          CHAPTER 13

Debtor(s)

BKY. NO. 24-11573 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Michael Farrington*

PA Eastern BK
16 May 2024, 13:50:51, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322