OLYMPIC PAYROLLS

EMPLOYEE # 500017  NAME: CHI KIM           SSN: XXX-XX-4550   S New W4        Acc No: J58

| DESCR | HOURS | RATE | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT |
|-------|-------|------|--------|-------|--------|-------|--------|-------|--------|-------|--------|
| REG   | 40.00 | 23.00| 920.00 | FICA  | 72.67  | TIPS. | 30.00 DD CH | REG | 9200.00 | FICA | 926.54 |
| TIPS. |       |      | 30.00  | FED   | 75.85  | MEALS | 16.00  | OVT |         | FED  | 1146.37|
| MEALS |       |      | 16.00  | STATE | 25.14  |       | 741.36 | TIPS.| 2851.51| STATE| 390.87 |
|       |       |      |        | SU/DI | 4.98   |       |        | MEALS| 60.19  | SU/DI| 63.25  |
|       |       |      |        |       |        |       |        |      | 169.60 |      |        |

EARNINGS    TAXES    DEDUCTIONS    YEAR-TO-DATE

GROSS: 966.00   TAXES: 178.64   DEDUCTIONS: 787.36   YGROSS 12281.30   Net Pay: ******$0.00

Pay Period: 04/08/24 To: 04/14/24  Check No: 39677  MORE THAN PIZZA INC  650 NEWMANN SPRINGS LINCROFT NJ 07738

---

MORE THAN PIZZA INC
T/A LUIGI S FAMOUS PIZZA
650 NEWMANN SPRINGS RD
LINCROFT NJ 07738

PNC BANK

DATE 04/18/2024   CHECK NO. 39677   AMOUNT ******$0.00

PAY EXACTLY: * ZERO & NO /100 DOLLARS

PAY TO THE ORDER OF
CHI KIM
2035 EDGELY ROAD
LEVITTOWN PA 19057

*VOID / VOID*
Authorized Signature

⑆039677⑆ ⑈031207607⑈ ⑆8133205727⑆



OLYMPIC PAYROLLS

EMPLOYEE # 500017  NAME: CHI KIM                           SSN: XXX-XX-4550    S New W4                              Acc No: J58

| | EARNINGS | | | TAXES | | DEDUCTIONS | | | YEAR-TO-DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DESCR | HOURS | RATE | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT | DESC CH | DESCR | AMOUNT | DESCR | AMOUNT |
| REG | 40.00 | 23.00 | 920.00 | FICA | 75.66 | MEALS | 16.00 | DD CH  800.12 | REG | 7360.00 | FICA | 780.52 |
| OVT | 2.00 | 34.50 | 69.00 | FED | 80.53 | | | | OVT | 2842.88 | FED | 993.62 |
| MEALS | | | 16.00 | STATE | 27.52 | | | | MEALS | 137.60 | STATE | 340.05 |
| | | | | SU/DI | 5.17 | | | | | | SU/DI | 53.25 |

GROSS:   1005.00  TAXES:   188.88  DEDUCTIONS:   816.12  YGROSS   10340.48   Net Pay: ******$0.00
Pay Period: 03/25/24 To: 03/31/24  Check No: 39610  MORE THAN PIZZA INC  650 NEWMANN SPRINGS LINCROFT NJ 07738

MORE THAN PIZZA INC
T/A LUIGI & FAMOUS PIZZA
650 NEWMANN SPRINGS RD
LINCROFT NJ 07738

PNC BANK

DATE           CHECK NO.        AMOUNT
04/04/2024       39610          ******$0.00

PAY EXACTLY: * ZERO & NO /100 DOLLARS

PAY
TO THE
ORDER OF

CHI KIM
2035 EDGELY ROAD
LEVITTOWN PA 19057

*VOID / VOID*
Authorized Signature

⑆039610⑆ ⑉031207607⑉ 813320572⑊

OLYMPIC PAYROLLS

EMPLOYEE # 500017    NAME: CHI KIM                              SSN: XXX-XX-4550    S New W4                         Acc No: J58

| E A R N I N G S | | | T A X E S | | D E D U C T I O N S | | Y E A R - T O - D A T E | |
|---|---|---|---|---|---|---|---|---|
| DESCR | HOURS | RATE | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT DESC | AMOUNT | DESCR | AMOUNT |
| REG | 40.00 | 23.00 | 920.00 | FICA | 103.37 | MEALS | 16.00 DD CH 1050.85 | REG | 6440.00 | FICA | 704.86 |
| OVT | 12.50 | 34.50 | 431.25 | FED | 140.37 | | | OVT | | FED | 913.09 |
| MEALS | | | 16.00 | STATE | 49.62 | | | MEALS | 2773.88 | STATE | 312.53 |
| | | | | SU/DI | 7.04 | | | | 121.60 | SU/DI | 48.08 |

GROSS: 1367.25    TAXES: 300.40    DEDUCTIONS: 1066.85    YGROSS 9335.48    Net Pay: ******$0.00
Pay Period: 03/18/24 To: 03/24/24 Check No: 39573 MORE THAN PIZZA INC    650 NEWMANN SPRINGS LINCROFT NJ 07738



MORE THAN PIZZA INC
T/A LUIGI S FAMOUS PIZZA
650 NEWMANN SPRINGS RD
LINCROFT NJ 07738

PNC BANK

                                                                    DATE              CHECK NO.           AMOUNT
                                                                 03/28/2024             39573            ******$0.00

PAY EXACTLY:   * ZERO & NO /100 DOLLARS

PAY
TO THE
ORDER OF    CHI KIM
            2035 EDGELY ROAD
            LEVITTOWN PA. 19057

                                                                                    *V O I D / V O I D*
                                                                                    Authorized Signature

⑈039573⑈ ⑆031207607⑆ 8133205727⑈

OLYMPIC PAYROLLS

EMPLOYEE # 500017  NAME: CHI KIM                           SSN: XXX-XX-4550      S 0 1                                    Acc No: J58

EARNINGS

| DESCR | HOURS | RATE  | AMOUNT |
|-------|-------|-------|--------|
| REG   | 40.00 | 23.00 | 920.00 |
| OVT   | 26.75 | 34.50 | 922.88 |
| MEALS |       |       | 16.00  |

TAXES

| DESCR | AMOUNT |
|-------|--------|
| FICA  | 140.98 |
| FED   | 248.53 |
| STATE | 83.04  |
| SU/DI | 9.58   |

DEDUCTIONS

| DESCR | AMOUNT | DESC | AMOUNT  |
|-------|--------|------|---------|
| MEALS | 16.00  | DD CH| 1360.75 |

YEAR-TO-DATE

| DESCR | AMOUNT  | DESCR | AMOUNT |
|-------|---------|-------|--------|
| REG   | 5520.00 | FICA  | 601.49 |
| OVT   | 2342.63 | FED   | 772.72 |
| MEALS | 105.60  | STATE | 262.91 |
|       |         | SU/DI | 41.04  |

GROSS: 1858.88   TAXES: 482.13   DEDUCTIONS: 1376.75   YGROSS  7968.23   Net Pay: ******$0.00

Pay Period: 03/11/24 To: 03/17/24  Check No: 39541  MORE THAN PIZZA INC   650 NEWMANN SPRINGS LINCROFT NJ 07738

---

MORE THAN PIZZA INC
T/A LUIGI S FAMOUS PIZZA
650 NEWMANN SPRINGS RD
LINCROFT NJ 07738

PNC BANK

DATE         CHECK NO.        AMOUNT
03/21/2024   39541            ******$0.00

PAY EXACTLY: * ZERO & NO /100 DOLLARS

PAY TO THE ORDER OF
CHI KIM
2035 EDGELY ROAD
LEVITTOWN PA 19057

* V O I D / V O I D *
Authorized Signature

⑴039541⑴ ⑴031207607⑴ 8133205727⑴

## OLYMPIC PAYROLLS

EMPLOYEE # 500017  NAME: CHI KIM                                    SSN: XXX-XX-4550                  S 0 1                           Acc No: J58

| EARNINGS | | | TAXES | | DEDUCTIONS | | YEAR-TO-DATE | |
|---|---|---|---|---|---|---|---|---|
| DESCR | HOURS | RATE | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT | DESCR | AMOUNT |
| REG | 40.00 | 23.00 | 920.00 | FICA | 111.29 | MEALS | 16.00 DD CH 1116.82 | REG | 4600.00 FICA | 460.51 |
| OVT | 15.50 | 34.50 | 534.75 | FED | 163.14 | | | OVT | 1419.75 FED | 524.19 |
| MEALS | | | 16.00 | STATE | 55.93 | | | | 89.60 STATE | 179.87 |
| | | | | SU/DI | 7.57 | | | MEALS | SU/DI | 31.46 |

GROSS:           1470.75  TAXES:  337.93                      DEDUCTIONS:   1132.82   YGROSS    6109.35                         Net Pay:  ******$0.00
Pay Period: 03/04/24 To: 03/10/24  Check No: 39506 MORE THAN PIZZA INC    650 NEWMANN SPRINGS LINCROFT NJ 07738

---

MORE THAN PIZZA INC
T/A LUIGI S FAMOUS PIZZA
650 NEWMANN SPRINGS RD
LINCROFT NJ 07738

PNC BANK

DATE          CHECK NO.        AMOUNT
03/14/2024    39506            ******$0.00

PAY EXACTLY:  * ZERO & NO /100 DOLLARS

PAY TO THE ORDER OF
CHI KIM
2035 EDGELY ROAD
LEVITTOWN PA 19057

*V O I D / V O I D*
Authorized Signature

⑈039506⑈ ⑆031207607⑆ 8 133 2057 27 ⑈