**NAAG RESTAURANT GROUP INC.**
DBA Molino's Italian Kitchen
300 GORDONS CORNER RD
MANALAPAN, NJ 07726

JPMORGAN CHASE BANK
MANALAPAN, NJ 07726

10962

55-233/212

6/2/2024

PAY TO THE ORDER OF   Cash                              $ **261.00

Two Hundred Sixty-One and 00/100************************************************************* DOLLARS

Cash

MEMO

AUTHORIZED SIGNATURE

⑈010962⑈ ⑆021202337⑆ 75960338 1⑈

---

**NAAG RESTAURANT GROUP INC.**
DBA Molino's Italian Kitchen
300 GORDONS CORNER RD
MANALAPAN, NJ 07726

JPMORGAN CHASE BANK
MANALAPAN, NJ 07726

11001

55-233/212

6/7/2024

PAY TO THE ORDER OF   CHI KIM                          $ **451.68

Four Hundred Fifty-One and 68/100*********************************************************** DOLLARS

CHI KIM

MEMO

AUTHORIZED SIGNATURE

⑈011001⑈ ⑆021202337⑆ 75960338 1⑈

---

Naag Restaurant Group
300 Gordons Corner Rd
Manalapan, NJ 07726-3146

55-233/212

Payroll Check Number: 61269
Pay Date: 06/21/2024

Pay to the order of:   CHI KIM
This amount:   FOUR HUNDRED TWENTY TWO AND 31/100           $422.31

Chase Bank

CHI KIM
300 Gordons Corner Road
Manalapan Township, NJ 07726

⑈61269⑈ ⑆021202337⑆75960338 1⑈

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Naag Restaurant Group
300 Gordons Corner Rd
Manalapan, NJ 07726-3146

Payroll Check Number: 61263
Pay Date: 06/07/2024

Pay to the order of: **CHI KIM**
This amount: FOUR HUNDRED FIFTY ONE AND 68/100

$451.68

Chase Bank

CHI KIM
300 Gordons Corner Road
Manalapan Township, NJ 07726

⑆61263⑆ ⑈021202337⑈ 75960338 ⑉

---

SEQ 000073
**Company Code**  **Loc/Dept**  **Number**  **Page**
KB / M3D 25514401  01/2  61263  1 of 1
Naag Restaurant Group
300 Gordons Corner Rd
Manalapan, NJ 07726-3146

# Earnings Statement



Period Starting: 05/20/2024
Period Ending: 06/02/2024
Pay Date: 06/07/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**CHI KIM**
**300 Gordons Corner Road**
**Manalapan Township, NJ 07726**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 25.00 | 500.00 | 500.00 |
| **Gross Pay** | | | **$500.00** | **$1,000.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 50.00 |

**Important Notes**
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -31.00 | 62.00 |
| Medicare | -7.25 | 14.50 |
| New Jersey State Income | -7.50 | 15.00 |
| New Jersey State UI | -2.12 | 4.25 |
| New Jersey State DI | 0.00 | 0.00 |
| New Jersey FLI | -0.45 | 0.90 |
| **Net Pay** | **$451.68** | |

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, Inc. All Rights Reserved.



