IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>CHI Y. KIM,<br>　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>　　　Movant,<br><br>　　　　v.<br><br>　　　　　Respondents.<br>CHI Y. KIM, and<br>JESSICA LEE, Non-Filing Co-Debtor, and<br>KENNETH E. WEST, Trustee,<br>　　　Respondents. | Bankruptcy No. 24-11573-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the October 11, 2024, I served copies of the Motion for Relief & Co-Debtor Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st Class Mail

| | |
|---|---|
| Chi Y Kim<br>2035 Edgely Road<br>Levittown, PA 19057 | PAUL H. YOUNG<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020 |
| Jessica Lee<br>21 Austin Street<br>Asbury Park, NJ 07712 | |

Service via electronic communication:

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Phone (412) 456-8112
　　　　　　　　　　　　　　　　　　Fax (412) 456-8135