United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Chi Y Kim  
    Debtor

Case No. 24-11573-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 30, 2025     Form ID: 155     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chi Y Kim, 2035 Edgely Road, Levittown, PA 19057-4605 |
| 14881673 | | BCWSA, PO Box 3895, Lancaster, PA 17604-3895 |
| 14891444 | + | M&T Bank, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14881688 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14881674 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:35:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14881675 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:52:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14890471 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 00:34:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14881677 | + | Email/Text: mrdiscen@discover.com | May 01 2025 00:28:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14881676 | + | Email/Text: mrdiscen@discover.com | May 01 2025 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14881678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2025 00:28:00 | Internal Revenue Service, Cincinnati, OH 45999-0025 |
| 14890714 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:36:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14881680 | | Email/Text: camanagement@mtb.com | May 01 2025 00:29:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14881681 | | Email/Text: camanagement@mtb.com | May 01 2025 00:29:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14907237 | | Email/Text: camanagement@mtb.com | May 01 2025 00:29:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14891061 | ^ | MEBN | May 01 2025 00:21:38 | M&T Bank, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14881683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:34:24 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14881682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:35:20 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14881685 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 01 2025 00:28:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14881684 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 01 2025 00:28:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14906348 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 01 2025 00:28:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14882617 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 01 2025 00:53:04 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14881686 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 01 2025 00:52:49 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14881687 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 01 2025 00:52:02 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 14881689 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 01 2025 00:52:03 | Wells Fargo/Furniture Marketing Group, Po Box 393, Minneapolis, MN 55480-0393 |
| 14881690 | + | Email/Text: support@ymalaw.com | May 01 2025 00:28:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14881679 | | Jessica Lee |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| PAUL H. YOUNG | on behalf of Debtor Chi Y Kim support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 30, 2025 | Form ID: 155 | Total Noticed: 25 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Chi Y Kim<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11573−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 29, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court